## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Paulzlina Collins,** | ) CASE NO. 1:17-cv-00638 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| vs. | ) <u>ORDER</u> |
| | ) |
| **Drs. Gross, Malcmacher, Thaler** | ) |
| **& Associates, LLC** | ) |
| | ) |
| Defendants. | ) |

This case was removed to U.S. District Court on March 27, 2017. The Court conducted two telephonic status conferences, on March 28 and 29, 2017, and began engaging parties in settlement discussions prior to today's scheduled mediation. Settlement discussions continued through the weekend and the Court was advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice, each party to bear its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

       /s/ Dan Aaron Polster    April 17, 2017
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**